JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| MID-CENTURY INSURANCE COMPANY A/S/O NARVELL HARRIS,<br><br>Plaintiff,<br><br>v.<br><br>WATTS REGULATOR CO.; and DOES 1 to 25, inclusive<br><br>Defendants. | Case No. 2:17-cv-00688-CAS(RAOx)<br><br>**[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE** |
|---|---|

Pursuant to stipulation [Document 18], IT IS HEREBY ORDERED that the entire action is dismissed with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii).

DATED: September 12, 2017

*Christina A. Snyder*
Christina A. Snyder
United States District Judge

---

ORDER OF DISMISSAL WITH PREJUDICE

010592\000177\1291810.1